UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MU TECH, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CATHERINE CHAN KOK YIN, THOMAS LEE CHEUK WAI, MAJESTIC PLAN INVESTMENTS LIMITED, BELTON TECHNOLOGY, INC., AND DOES 1 THRU 50,<br><br>　　　　　　　　　Defendants. | Case No.: 3:24-cv-01976-JAH-VET<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[ECF No. 8] |

　　　Pending before the Court is Defendant Belton Technology, Inc.'s ("Defendant" or "Belton") Motion to Extend Time for Belton to Respond to the Complaint, which was filed on December 13, 2024. ECF No. 8 ("Motion"). On December 17, 2024, Plaintiff filed an opposition to Defendant's Motion. ECF No. 9 ("Opp'n"). On December 2, 2024, Belton filed its first Motion for Extension of Time to File Answer, requesting an extension to December 16, 2024, which the Court granted. ECF Nos. 4, 5. On December 9, 2024, Plaintiff filed a Motion for Temporary Restraining Order and Preliminary Injunction. ECF No. 6. On December 13, 2024, the Court denied Plaintiff's Motion for Temporary Restraining Order and set a briefing schedule and hearing for the Preliminary Injunction. ECF No. 7.

　　　In its pending Motion, Defendant argues that "good cause exists to extend the time for Belton to respond to the Complaint because Belton has acted diligently." Mot. at 2. According to Defendant, it utilized the Court's prior two-week extension to analyze

1  Plaintiff's Complaint, intends to file a motion to dismiss, and has tried to reach out to
2  Plaintiff's counsel on multiple occasions regarding an extension to no avail.  Plaintiff
3  argues that Defendant's request is without good cause and that Defendant is "intentionally
4  stalling and delaying the proceeding."  Opp'n at 2.

5       This is Defendant's *second* Motion to Request an Extension of Time to Respond to
6  the Complaint, which Defendant waited to file until after business hours on the Friday
7  before its Answer was due the following Monday.  Given the nature and timing of
8  Defendant's Motion, the Court finds Defendant's request to extend the filing deadline until
9  January 15, 2025 unreasonable.  Instead, the Court **GRANTS** Defendant until **December**
10  **31, 2024, at NOON** to respond to Plaintiff's Complaint.  No further requests for extension
11  of time to respond to Plaintiff's Complaint will be entertained by this Court.

12       **IT IS SO ORDERED.**
13  DATED:  December 19, 2024

14  _____
15  JOHN A. HOUSTON
16  UNITED STATES DISTRICT JUDGE